## WOONSOCKET FIRE FIGHTERS, IAFF, LOCAL 732, AFL–CIO ET AL.

v.

### Lincoln D. CHAFEE, et al.

No. 2012–332–M.P.

Supreme Court of Rhode Island.

Dec. 6, 2012.

Marc B. Gursky, Esq.

John A. Tarantino, Esq.

James R. Lee, Department of Attorney General.

Rebecca T. Partington, Department of Attorney General.

## ORDER

For the reasons expressed in our Order issued on this date in *Rhode Island Public Employees' Retiree Coalition et al. v. Lincoln D. Chafee et al.,* 58 A.3d 915 (R.I. 2012), the petition for writ of certiorari is denied.

## CITY OF CRANSTON POLICE OFFICERS, INTERNATIONAL BROTHERHOOD OF POLICE OFFICERS, LOCAL 301, AFL–CIO et al.

v.

### Lincoln D. CHAFEE et al.

No. 2012–334–M.P.

Supreme Court of Rhode Island.

Dec. 6, 2012.

Gary T. Gentile, Esq.

Paul V. Sullivan, Esq.

John A. Tarantino, Esq.

James R. Lee, Department of Attorney General.

Rebecca T. Partington, Department of Attorney General.

## ORDER

For the reasons expressed in our Order issued on this date in *Rhode Island Public Employees' Retiree Coalition et al. v. Lincoln D. Chafee et al.,* 58 A.3d 915 (R.I. 2012), the petition for writ of certiorari is denied.